UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BORIS SHAULOV,                                              :     18-CV-4151 (AMD)(PK)
                                                            :
                                  Plaintiff,                :     RULE 41(a)(1)(A)(i) NOTICE OF
                                                            :     VOLUNTARY DISMISSAL OF ALL
         - against -                                        :     CLAIMS AGAINST DEFENDANT
                                                            :     STATE OF NEW YORK
THE STATE OF NEW YORK, et.al.,                              :
                                                            :
                                  Defendants.               :
------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Boris Shaulov hereby voluntarily dismisses the State of New York as a party defendant, and voluntarily dismisses all claims that plaintiff had asserted in this case against defendant State of New York with prejudice.

Dated: New York, New York
       October 15, 2018

                                              BARRY R. FEERST & ASSOCIATES
                                              Attorneys for Plaintiff

                           By:                _____
                                              BARRY R. FEERST
                                              194 South 8th Street
                                              Brooklyn, NY 11211
                                              Tel: 718-384-9111
                                              Fax: 718-3844-5999
                                              Barry@brfesq.com