UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BORIS SHAULOV,

                                     JUDGMENT
       Plaintiff,                18-cv-04151 (AMD)

     v.

THE CITY OF NEW YORK, et al.

       Defendants.
---------------------------------------------------------------X

       An Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on January 2, 2020, dismissing this action with prejudice; it is

       ORDERED and ADJUDGED that this action is dismissed with prejudice.

Dated:  Brooklyn, New York                        Douglas C. Palmer
         January 3, 2020                             Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                               Deputy Clerk